UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Glen Johnson, et al.,

    Plaintiffs,

                              Civil No. 13-858 (SRN/FLN)

v.

                              **ORDER**

Piping & Dewatering Services, Inc.,

    Defendant.

---

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated June 11, 2015 [Docket No. 68].  No objections were filed to said Report and Recommendation.  Accordingly, the Court will adopt the recommendation that Defendant be held in contempt and fined $100 per day until it complies with the Court's March 4, 2015 Order. [Doc. No. 55].  However, the Court declines to adopt the recommendation that James Wagner should also be held in contempt and immediately arrested by the U. S. Marshal.

Therefore, based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant is held in contempt and fined $100 per day until it complies with the Court's March 4, 2015 Order [Doc. No. 55].

Dated:  June 30, 2015

                                        s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Court Judge